UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
48629
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Ally Financial
JM-5630

In Re:
DESMOND A. HICKS

**Order Filed on April 16, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 18-24251 (JNP)

Adv. No.:

Hearing Date: 4-16-2019

Judge: Hon. Jerrold N. Poslusny Jr.

# ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 16, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Desmond A. Hicks / 48629
Case No:   18-24251 (JNP)
Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **Ally Financial** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Aykine B. Hicks** to permit **Ally Financial** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

<u>Description of Subject Personal Property</u>
2011 Ford Explorer
Vehicle Identification Number
1FMHK7D808GA13777