UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
48629
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Ally Financial
JM-5630

In Re:
DESMOND A. HICKS

**Order Filed on April 16, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-24251 (JNP)

Adv. No.:

Hearing Date: 4-16-2019

Judge: Hon. Jerrold N. Poslusny Jr.

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 16, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:   Desmond A. Hicks / 48629
Case No:   18-24251 (JNP)
Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **Ally Financial** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Aykine B. Hicks** to permit **Ally Financial** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

<u>Description of Subject Personal Property</u>
2011 Ford Explorer
Vehicle Identification Number
1FMHK7D808GA13777

United States Bankruptcy Court
District of New Jersey

In re:
Desmond A Hicks
      Debtor

Case No. 18-24251-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Apr 16, 2019
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.
db          +Desmond A Hicks,    6 Pointview Ct,    Sicklerville, NJ 08081-1698

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2019 at the address(es) listed below:
        Allen I Gorski    on behalf of Creditor    Sporty Joe Realty, LLC agorski@gorskiknowlton.com
        Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for
         Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2006-WF2
         cwohlrab@logs.com,    njbankruptcynotifications@logs.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
         mortoncraigecf@gmail.com
        Marlena S. Diaz-Cobo    on behalf of Creditor    Lakeview Homeowners Association, Inc.
         collections@theassociationlawyers.com
        Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee for CMLTI
         2006-WF2 rsolarz@kmllawgroup.com
        Terry Tucker    on behalf of Debtor Desmond A Hicks terrytucker@comcast.net
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                               TOTAL: 9