Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–24251–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Desmond A Hicks
   6 Pointview Ct
   Sicklerville, NJ 08081

Social Security No.:
   xxx–xx–8268

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           January 17, 2020
Time:          10:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*42* – in Opposition to (related document:41 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 11/5/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Terry Tucker on behalf of Desmond A Hicks. (Tucker, Terry)

and transact such other business as may properly come before the meeting.

Dated: October 31, 2019
JAN: lgr

                                                               Jeanne Naughton
                                                               Clerk