Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−24251−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Desmond A Hicks
   6 Pointview Ct
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−8268

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 9, 2018.

On 1/18/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                February 19, 2020
Time:                 10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 21, 2020
JAN: lgr

                                                                                                Jeanne Naughton
                                                                                                Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 18-24251-JNP
Desmond A Hicks                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2           Date Rcvd: Jan 21, 2020
                              Form ID: 185                Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
db             +Desmond A Hicks,    6 Pointview Ct,    Sicklerville, NJ 08081-1698
cr             +Sporty Joe Realty, LLC,    c/o Gorski & Knowlton,    311 White Horse Avenue,    Ste A,
                 Hamilton, NJ 08610-1430
518130347      +Ally Financial,    John R. Morton, Jr.,    Morton & Craig, LLC,    110 Marter Avenue, Suite 301,
                 Moorestown, NJ 08057-3125
517648615      +Ally Financial,    500 Woodward Ave,    Detroit , MI 48226-3416
517776837      +Lakeview Homeowners Association, Inc.,    850 Carolier Lane,    North Brunswick, NJ 08902-3312
517780030      +Lakeviw Homeowners,    c/o McGovern Legal Services,    850 Carolier Ln,
                 North Brunswick, NJ 08902,    ATTN:Tiffany Bczykowski or,    Marlena S Diaz-Cobo 08902-3312
517780035      +MacAlpine Carll & Co,    Constituion Place #150,    325 Chestnut St,    Phila, PA 19106-2614
517780028       NJ Div of Taxation,    Revenue Processing Center,    Sales and Use tax,    POB 999,
                 Trenton, NJ 08646-0999
517780036      +PSE&G,    POB 1444,    New Brunswick, NJ 08903-1444
517780037       SJ Radiology,    POB 1710,    Voorhees, NJ 08043-7710
517780034      +SJS Realty,    1114 Wynwood Ave,    Cherry Hill, NJ 08002-3256
517823032     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
518004624      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518004625      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517780031      +Sport Joe Realty,    113 S Warren St,    Trenton, NJ 08608-2309
517878725      +Sporty Joe Realty, LLC,    c/o Gorski & Knowlton PC,    311 Whitehorse Avenue; Suite A,
                 Hamilton, NJ 08610-1430
517780026       State of NJ,    Dept of Labor,    POB 389,    Trenton, NJ 08625-0389
517780029       State of NJ,    Div of Taxation,    POB 283,    Trenton, NJ 08646-0283
518147968      +State of NJ Dept. of Labor & Workforce Devel.,    Div. of Wage & Hour Compliance,    P.O. Box 389,
                 Trenton, NJ 08625-0389
518157575      +U.S. Bank National Association,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517717389      +U.S. Bank National Association, as Trustee for Cit,    1000 Blue Gentlan Road,    1 Home Campus,
                 Eagan MN 55121-7700,    Des Moines IA 50328-0001
517648616      +Wells Fargo,    c/o Shapiro & Dinardo,    14000 Commerce Pkwy #B,    Mt. Laurel, NJ 08054-2242
517780032      +Williamstown Fitness,    C/o Bertram Law,    56 Fayette St,    Bridgeton, NJ 08302-2425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 22 2020 02:24:44     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 22 2020 02:24:42     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517654728       E-mail/Text: ally@ebn.phinsolutions.com Jan 22 2020 02:23:09     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
517780033      +E-mail/Text: bankruptcy@pepcoholdings.com Jan 22 2020 02:24:10     Atlantic City Electric,
                 POB 13610,    Phila Pa 19101-3610
517769241       E-mail/Text: bankruptcy@pepcoholdings.com Jan 22 2020 02:24:10
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
517780027       E-mail/Text: cio.bncmail@irs.gov Jan 22 2020 02:24:03     IRS,    POB 7346,
                 Phila, PA 19101-7346
517757224      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 22 2020 02:38:32      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Ally Financial,    PO Box 130424,    Roseville, MN  55113-0004
cr*            +Lakeview Homeowners Association, Inc.,    850 Carolier Lane,    North Brunswick, NJ 08902-3312
517717391*     +U.S. Bank National Association, as Trustee for Cit,    1000 Blue Gentlan Road,    1 Home Campus,
                 Eagan MN 55121-7700,    Des Moines IA 50328-0001
                                                                                     TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 21, 2020
                              Form ID: 185             Total Noticed: 30
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2020 at the address(es) listed below:
          Allen I Gorski    on behalf of Creditor   Sporty Joe Realty, LLC agorski@gorskiknowlton.com
          Charles G. Wohlrab    on behalf of Creditor   U.S. Bank National Association, as Trustee for
           Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2006-WF2
           cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Marlena S. Diaz-Cobo    on behalf of Creditor   Lakeview Homeowners Association, Inc.
           collections@theassociationlawyers.com
          Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as Trustee for CMLTI
           2006-WF2 rsolarz@kmllawgroup.com
          Terry  Tucker    on behalf of Debtor Desmond A Hicks terrytucker@comcast.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 9
```