Order Filed on March 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
McGovern Legal Services, LLC
By: William H. Brosha, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
(732) 246-1221
Attorneys for Lakeview Homeowners Association, Inc.

In Re:

DESMOND A. HICKS

Case No.: 18-24251

Judge: Jerrold N. Poslusny, Jr.

Chapter: 13

### CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered one (1) though three (3) is hereby **ORDERED.**

DATED: March 3, 2020

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

McGOVERN LEGAL SERVICES, LLC
BY: WILLIAM H. BROSHA, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR LAKEVIEW HOMEOWNERS ASSOCIATION, INC.

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE |
| DESMOND A. HICKS | CASE NO.: 18-24251-JNP |
| Debtor. | **CONSENT ORDER** |

## CONSENT ORDER RESOLVING CREDITOR'S
## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

THIS MATTER having been brought before the court by McGovern Legal Services, LLC, attorneys for creditor, Lakeview Homeowners Association, Inc. (the "Association"), by way of Objection to Confirmation of Debtor's Chapter 13 Plan, the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

2

**IT IS ORDERED** as follows:

1. The Association's secured claim against the Debtor's estate is allowed in the amount of $4,311.02.

2. The Debtor shall pay the Association's secured claim in the amount of $4,311.02 through the Plan.

3. The Debtor shall pay the Association all post-petition assessments and fees as they become due and owing in regular course of business.

**WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:**

McGovern Legal Services, LLC
Attorneys for Lakeview Homeowners Association, Inc.

_____        2/18/20
WILLIAM H. BROSHA, ESQ.         DATE

_____        2/11/20
TERRY TUCKER, ESQ.              DATE
Attorney for Debtor

3