Order Filed on March 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
McGovern Legal Services, LLC
By: William H. Brosha, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
(732) 246-1221
Attorneys for Lakeview Homeowners Association, Inc.

In Re:

DESMOND A. HICKS

Case No.: 18-24251

Judge: Jerrold N. Poslusny, Jr.

Chapter: 13

## CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered one (1) though three (3) is hereby **ORDERED.**

DATED: March 3, 2020

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

McGOVERN LEGAL SERVICES, LLC
BY: WILLIAM H. BROSHA, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR LAKEVIEW HOMEOWNERS ASSOCIATION, INC.

|  |  |
|---|---|
| In re:<br><br>DESMOND A. HICKS<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>IN PROCEEDINGS UNDER CHAPTER 13<br>OF THE BANKRUPTCY CODE<br><br>CASE NO.: 18-24251-JNP<br><br>**CONSENT ORDER** |

**CONSENT ORDER RESOLVING CREDITOR'S
OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

THIS MATTER having been brought before the court by McGovern Legal Services, LLC, attorneys for creditor, Lakeview Homeowners Association, Inc. (the "Association"), by way of Objection to Confirmation of Debtor's Chapter 13 Plan, the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

2

**IT IS ORDERED** as follows:

1. The Association's secured claim against the Debtor's estate is allowed in the amount of $4,311.02.

2. The Debtor shall pay the Association's secured claim in the amount of $4,311.02 through the Plan.

3. The Debtor shall pay the Association all post-petition assessments and fees as they become due and owing in regular course of business.

**WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:**

McGovern Legal Services, LLC
Attorneys for Lakeview Homeowners Association, Inc.

_____        2/18/20
WILLIAM H. BROSHA, ESQ.                    DATE

_____        2/11/20
TERRY TUCKER, ESQ.                              DATE
Attorney for Debtor

3

United States Bankruptcy Court
District of New Jersey

In re:  
Desmond A Hicks  
    Debtor

Case No. 18-24251-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 03, 2020  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.  
db        +Desmond A Hicks,   6 Pointview Ct,   Sicklerville, NJ 08081-1698

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2020 at the address(es) listed below:
        Allen I Gorski    on behalf of Creditor    Sporty Joe Realty, LLC agorski@gorskiknowlton.com
        Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for
         Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2006-WF2
         cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
        Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent for
         U.S. Bank National Association, as Trustee for CMLTI 2006-WF2 gavin@stewartlegalgroup.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
         mortoncraigecf@gmail.com
        Marlena S. Diaz-Cobo    on behalf of Creditor    Lakeview Homeowners Association, Inc.
         collections@theassociationlawyers.com
        Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee for CMLTI
         2006-WF2 rsolarz@kmllawgroup.com
        Terry Tucker    on behalf of Debtor Desmond A Hicks terrytucker@comcast.net
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William H Brosha    on behalf of Creditor    Lakeview Homeowners Association, Inc.
         collections@theassociationlawyers.com
                                                                                                     TOTAL: 11