| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on March 24, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Desmond A Hicks<br><br>                                       Debtor. | Chapter: 13<br><br>Case No.: 18-24251-JNP<br><br>Hearing Date: March 24, 2020<br><br>Judge: Jerrold N. Poslusny, Jr. |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: March 24, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtors: Desmond A. Hicks
Case No.: 18-24251-JNP
Caption of Order: **ORDER VACATING AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the motion of Specialized Loan Servicing, LLC, as servicing agent for U.S. Bank National Association, as Trustee for CMLTI 2006-WF2 ("Movant"), for an order vacating the automatic stay pursuant to 11 U.S.C. § 362(a), and for good cause shown for the entry of this Order, it is:

1. The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is terminated as to Movant's interest in the following property: **6 Point View Court, Sicklerville, NJ 08081** ("collateral").

2. Movant has *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral and to have such other and further *in rem* relief as is just.