UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

In re:

Desmond A Hicks

Debtor.

Order Filed on March 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 18-24251-JNP

Hearing Date: March 24, 2020

Judge: Jerrold N. Poslusny, Jr.

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

DATED: March 24, 2020

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtors:            Desmond A. Hicks
Case No.:           18-24251-JNP
Caption of Order:   **ORDER VACATING AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the motion of Specialized Loan Servicing, LLC, as servicing agent for U.S. Bank National Association, as Trustee for CMLTI 2006-WF2 ("Movant"), for an order vacating the automatic stay pursuant to 11 U.S.C. § 362(a), and for good cause shown for the entry of this Order, it is:

1.  The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is terminated as to Movant's interest in the following property: **6 Point View Court, Sicklerville, NJ 08081** ("collateral").

2.  Movant has *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral and to have such other and further *in rem* relief as is just.

United States Bankruptcy Court
District of New Jersey

In re:
Desmond A Hicks
     Debtor

Case No. 18-24251-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 24, 2020
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2020.
db            +Desmond A Hicks,    6 Pointview Ct,    Sicklerville, NJ 08081-1698

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2020 at the address(es) listed below:
           Allen I Gorski    on behalf of Creditor    Sporty Joe Realty, LLC agorski@gorskiknowlton.com
           Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for
            Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2006-WF2
            cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com
           Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent for
            U.S. Bank National Association, as Trustee for CMLTI 2006-WF2 bk@stewartlegalgroup.com
           Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
           John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
            mortoncraigecf@gmail.com
           Marlena S. Diaz-Cobo    on behalf of Creditor    Lakeview Homeowners Association, Inc.
            collections@theassociationlawyers.com
           Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee for CMLTI
            2006-WF2 rsolarz@kmllawgroup.com
           Terry Tucker    on behalf of Debtor Desmond A Hicks terrytucker@comcast.net
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
           William H Brosha    on behalf of Creditor    Lakeview Homeowners Association, Inc.
            collections@theassociationlawyers.com
                                                                                                             TOTAL: 11