Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−24251−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Desmond A Hicks
6 Pointview Ct
Sicklerville, NJ 08081

Social Security No.:
xxx−xx−8268

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 20, 2020.

On 5/18/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:              June 17, 2020
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 19, 2020
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-24251-JNP
Desmond A Hicks                                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 2               Date Rcvd: May 19, 2020
                              Form ID: 185              Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2020.
```
db          +Desmond A Hicks,   6 Pointview Ct,   Sicklerville, NJ 08081-1698
cr          +Specialized Loan Servicing, LLC, as servicing agen,   POB 340514,   Tampa, FL 33694-0514
cr          +Sporty Joe Realty, LLC,   c/o Gorski & Knowlton,   311 White Horse Avenue,   Ste A,
              Hamilton, NJ 08610-1430
518130347   +Ally Financial,   John R. Morton, Jr.,   Morton & Craig, LLC,   110 Marter Avenue, Suite 301,
              Moorestown, NJ 08057-3125
517648615   +Ally Financial,   500 Woodward Ave,   Detroit , MI 48226-3416
517776837   +Lakeview Homeowners Association, Inc.,   850 Carolier Lane,   North Brunswick, NJ 08902-3312
517780030   +Lakeviw Homeowners,   c/o McGovern Legal Services,   850 Carolier Ln,
              North Brunswick, NJ 08902,   ATTN:Tiffany Bczykowski or,   Marlena S Diaz-Cobo 08902-3312
517780035   +MacAlpine Carll & Co,   Constituion Place #150,   325 Chestnut St,   Phila, PA 19106-2614
517780028    NJ Div of Taxation,   Revenue Processing Center,   Sales and Use tax,   POB 999,
              Trenton, NJ 08646-0999
517780036   +PSE&G,   POB 1444,   New Brunswick, NJ 08903-1444
517780037    SJ Radiology,   POB 1710,   Voorhees, NJ 08043-7710
517780034   +SJS Realty,   1114 Wynwood Ave,   Cherry Hill, NJ 08002-3256
517823032   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Section,
              PO Box 245,   Trenton, NJ 08695-0245)
518004624   +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
518004625   +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517780031   +Sport Joe Realty,   113 S Warren St,   Trenton, NJ 08608-2309
517878725   +Sporty Joe Realty, LLC,   c/o Gorski & Knowlton PC,   311 Whitehorse Avenue; Suite A,
              Hamilton, NJ 08610-1430
517780026    State of NJ,   Dept of Labor,   POB 389,   Trenton, NJ 08625-0389
517780029    State of NJ,   Div of Taxation,   POB 283,   Trenton, NJ 08646-0283
518147968   +State of NJ Dept. of Labor & Workforce Devel.,   Div. of Wage & Hour Compliance,   P.O. Box 389,
              Trenton, NJ 08625-0389
518157575   +U.S. Bank National Association,   Rebecca A. Solarz, Esquire,   216 Haddon Avenue, Ste. 406,
              Westmont, NJ 08108-2812
518778319   +U.S. Bank National Association, Trustee (See 410),   c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517717389   +U.S. Bank National Association, as Trustee for Cit,   1000 Blue Gentlan Road,   1 Home Campus,
              Eagan MN 55121-7700,   Des Moines IA 50328-0001
517648616   +Wells Fargo,   c/o Shapiro & Dinardo,   14000 Commerce Pkwy #B,   Mt. Laurel, NJ 08054-2242
517780032   +Williamstown Fitness,   C/o Bertram Law,   56 Fayette St,   Bridgeton, NJ 08302-2425
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 19 2020 23:00:25    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2020 23:00:24    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517654728    E-mail/Text: ally@ebn.phinsolutions.com May 19 2020 22:59:22    Ally Financial,
              PO Box 130424,   Roseville MN 55113-0004
517780033   +E-mail/Text: bankruptcy@pepcoholdings.com May 19 2020 23:00:10    Atlantic City Electric,
              POB 13610,   Phila Pa 19101-3610
517769241    E-mail/Text: bankruptcy@pepcoholdings.com May 19 2020 23:00:10
              Atlantic City Electric Company,   Pepco Holdings, Inc.,
              Bankruptcy Division, Mail Stop 84CP42,   5 Collins Drive, Suite 2133,
              Carneys Point, NJ  08069-3600
517780027    E-mail/Text: sbse.cio.bnc.mail@irs.gov May 19 2020 23:00:06    IRS,   POB 7346,
              Phila, PA 19101-7346
517757224   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 19 2020 23:05:06    Verizon,
              by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Ally Financial,   PO Box 130424,   Roseville, MN  55113-0004
cr*          +Lakeview Homeowners Association, Inc.,   850 Carolier Lane,   North Brunswick, NJ 08902-3312
517717391*   +U.S. Bank National Association, as Trustee for Cit,   1000 Blue Gentlan Road,   1 Home Campus,
              Eagan MN 55121-7700,   Des Moines IA 50328-0001
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1                  User: admin                    Page 2 of 2                  Date Rcvd: May 19, 2020
                                      Form ID: 185                   Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2020 at the address(es) listed below:

```
          Allen I Gorski    on behalf of Creditor    Sporty Joe Realty, LLC agorski@gorskiknowlton.com
          Elizabeth L. Wassall    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2006-WF2
           ewassall@logs.com, njbankruptcynotifications@logs.com
          Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent for
           U.S. Bank National Association, as Trustee for CMLTI 2006-WF2 bk@stewartlegalgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Marlena S. Diaz-Cobo    on behalf of Creditor    Lakeview Homeowners Association, Inc.
           collections@theassociationlawyers.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee for CMLTI
           2006-WF2 rsolarz@kmllawgroup.com
          Terry Tucker    on behalf of Debtor Desmond A Hicks terrytucker@comcast.net
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
          William H Brosha    on behalf of Creditor    Lakeview Homeowners Association, Inc.
           collections@theassociationlawyers.com
                                                                                             TOTAL: 11
```