MCGOVERN LEGAL SERVICES, LLC
BY: WILLIAM H. BROSHA, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR LAKEVIEW HOMEOWNERS ASSOCIATION, INC.

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE |
| DESMOND A. HICKS | CASE NO.:    18-24251 JNP |
| Debtor. | **BRIEF IN SUPPORT OF MOTION FOR STAY RELIEF** HEARING DATE: July 7, 2020 HEARING TIME: 11:00 A.M. **ORAL ARGUMENT WAIVED UNLESS OPPOSITION IS FILED** |

## STATEMENT OF FACTS

McGovern Legal Services, LLC represents Lakeview Homeowners Association, Inc. (the "Association") in the above-captioned matter. Desmond Hicks (the "Debtor") owns real property within the Association commonly known as 6 Point View Court, Sicklerville, New Jersey 08081 (the "Unit"). Since filing her Chapter 13 Bankruptcy Petition, the Debtor has failed to pay all of her required monthly assessments and fees. The Debtor owes the Association $3,531.88 in post-petition arrearages in monthly maintenance assessments, late fees and attorney's fees and costs related to this default through May 28, 2020.

## STATEMENT OF RELIEF REQUESTED

The Association requests that this Court grant the Association relief from the automatic stay.

## LEGAL ARGUMENT

**I.     The Association's Motion For Stay Relief Should Be Granted Because Debtor Has Failed To Remit Post-Petition Payments To The Association.**

The debt owed to the Association is so unique and important that in many cases, it is deemed non-dischargeable. See, 11 U.S.C.A. § 523(a)(16). The Association is a non-profit corporation that operates the common property. Its only source of income is payment by each homeowner of their proportionate share of the Association's expenses. If a homeowner does not pay, either the Association does not have the funds necessary to maintain the common property or the other homeowners in the community must pay the shortfall caused by the delinquency.

In order to facilitate the peaceful and harmonious coexistence of its homeowners, all residents of the Association are also required to adhere to certain rules, regulations and obligations, which are described in the Governing Documents. The Association is empowered, through its Governing Documents and the New Jersey Condominium Act, N.J.S.A. §46:8B-15(f) to require unit owners to pay monthly maintenance assessments, special assessments, late fees, fines and attorneys' fees associated with collections.

Despite demand, the Debtor has failed to make common expense payments to the Association as required by the terms of the By-Laws and Master Deed. Pursuant to 11 U.S.C.A. §362(d) the Court shall grant relief from the automatic stay for cause. Here, the Debtor has failed to remit required post-petition payments to the Association. Section 523(a)(16) provides that an individual debtor is not discharged for "a fee or assessment that becomes due and payable after the order for relief to a membership association with respect to the debtor's interest in a unit that has condominium ownership." Debtor holds title to a unit that has condominium ownership. Therefore, the Debtor is obligated to pay the Association these post-petition accruals. The Debtor has not paid these post-petition accruals and therefore has violated the

2

Bankruptcy Code.

It is highly prejudicial for the Debtor to own a unit in the Association without paying the required, commonly monthly payments. It is highly prejudicial if the Debtor does not comply with the Governing Documents. The Debtor is abusing the Bankruptcy code at the Association's peril. Due to Debtor's non-payment of post-petition fees and assessments, the Association requests that the Court grant the Association's motion for relief from the automatic stay.

## II. The Association is entitled to Stay Relief.

The Association seeks relief from the automatic stay to pursue a foreclosure. Debtor's failure to pay post-petition accruals constitutes cause for stay relief. See, 11 U.S.C.A. § 362(d), 11 U.S.C.A. § 1301(d) and 11 U.S.C.A. § 105. Therefore, the Court should grant the Association stay relief so that it may pursue its foreclosure action despite this bankruptcy.

The continual accrual of post-petition sums without payment in full irreparably harms the Association and its members. As stated above, if a homeowner does not pay, either the Association does not have the funds necessary to maintain the common property or the other homeowners in the community must pay the shortfall caused by the delinquency. Dismissal of this case will not provide an adequate remedy or protection to the Association. Dismissal will effectively provide the Debtor with the opportunity to file another bankruptcy and obtain a new "order for relief" allowing Debtors to circumvent Bankruptcy Code Section 523(a)(16). Such action is not appropriate. It irreparably harms the Association and denies the Association adequate protection. Therefore, the Association requests that the Court grant the Association stay relief.

## CONCLUSION

Due to Debtor's failure to pay post-petition fee accruals, the Association requests that this Court grant the Association relief from the automatic stay to pursue foreclosure of real property in the Association.

McGOVERN LEGAL SERVICES, LLC,
Attorneys for Movant

Dated:  6/15/20

By: _____

William H. Brosha, Esq.
An Attorney of the Firm

4

**McGovern Legal Services, LLC**
**William H. Brosha, Esq.**
**850 Carolier Lane**
**North Brunswick, NJ 08902**
**Phone (732) 246-1221**
**Fax (732) 246-1872**
**ATTORNEYS FOR LAKEVIEW HOMEOWNERS ASSOCIATION, INC.**

|  |  |
|---|---|
| In re:<br><br>**DESMOND A. HICKS**<br><br><br>Debtor. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE<br><br>CASE NO.: 18-24251-JNP<br><br>**NOTICE OF MOTION FOR STAY RELIEF**<br><br>HEARING DATE: July 7, 2020<br>HEARING TIME: 11:00 AM<br><br>**ORAL ARGUMENT WAIVED UNLESS OPPOSITION IS FILED** |

TO:    **THOSE LISTED ON ANNEXED SERVICE LIST**

     **PLEASE TAKE NOTICE** that on the 7th day of July 2020 at 11:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorneys for Creditor, Lakeview Homeowners Association, Inc., (the "Association"), by and through its counsel, McGovern Legal Services, LLC, will move before the Honorable Jerrold N. Poslusny, U.S.B.J. at the United States Bankruptcy Court for the District of New Jersey, located at 400 Cooper Street, 4th Floor, Camden, New Jersey 08101 for an Order:

    Terminating the automatic stay with respect to the Association so that the Association may, among other things, pursue its rights with respect to the Debtor's real property to the extent and in the manner provided by any applicable Association Governing Documents, contract

1

documents and non-bankruptcy law despite the pendency of this proceeding.

**Property:**    Debtor's Real Property including, but not limited to:

   6 Point View Court
   Sicklerville, New Jersey 08081

   This motion is based upon the annexed brief, certifications and exhibits thereto, oral

argument of counsel (if opposed), testimony and such other evidence as may be adduced at the

time of the hearing (if opposed).

   Oral argument is waived unless opposition is timely filed.

   A Proposed form of Order is submitted herewith.

              McGOVERN LEGAL SERVICES, LLC,
              Attorneys for Movant

Dated:  6/15/20          By: _____

               WILLIAM H. BROSHA, ESQ.
               An Attorney of the Firm

## CERTIFICATION OF SERVICE

I, William H. Brosha, do certify that a true copy of the Motion for Stay Relief was served upon those individuals and/or entities listed on the attached service list via electronic service on the dates listed below.

Dated:                                    BY: _____
                                               WILLIAM H. BROSHA, ESQ.

### SERVICE LIST

**Via Electronic Service on**

CLERK, UNITED STATES BANKRUPTCY COURT
402 East State Street
Trenton, NJ 08608
Telephone: 609-989-2200

Desmond A. Hicks c/o
Terry Glen Tucker, P.C.
80 West Broad Street
Bridgeton, New Jersey 08302

TRUSTEE
Isabel C. Balboa
Cherry Tree Corporate Center
535 Route 38 – Suite 580
Cherry Hill, New Jersey 08002

U.S. TRUSTEE
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

3

McGOVERN LEGAL SERVICES, LLC
BY: MICHAEL R. POLULAK, ESQUIRE
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR LAKEVIEW HOMEOWNERS ASSOCIATION, INC.

---

In re:

DESMOND A. HICKS

Debtor.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
IN PROCEEDINGS UNDER CHAPTER 13
OF THE BANKRUPTCY CODE

CASE NO.: 18-24251-JNP

**CREDITOR'S CERTIFICATION OF DEFAULT**

---

I, Thomas Scull, of full age, certify and say:

1.  I am the Property Manager for Creditor, Lakeview Homeowners Association, Inc. (the "Association"), and, as such, I have knowledge of the amount due the Association from the Debtor. I am authorized to make this Certification and do so based upon my personal knowledge and review of the books and records of the Association.

2.  Desmond A. Hicks (the "Debtor") owns real property in the Association commonly known as 6 Point View Court, Sicklerville, New Jersey 08081 (the "Unit").

3.  The Debtor has not paid all post-petition monthly assessments, special assessments, late fees, fines or attorneys' fees related to this default since filing bankruptcy. Attached hereto is a true and accurate copy of the Debtor's post-petition account history.

The post-petition sum being sought in this application is detailed below:

| | |
|---|---|
| Maintenance Fees (9/30/2018 – 5/28/2020): | $898.00 |
| Late Fees (9/30/2018 – 5/28/2020): | $20.00 |
| Legal (only work related to post-petition | |
| Default 4/2019 -5/28/2020) | $2,614.00 |
| Credits | -$.12 |
| **Total:** | **$3,531.88** |

4.    This certification is being made in an effort to vacate the stay.

5.    I certify the above facts to be true.  I am aware that if the above facts are willfully

false, I am subject to punishment.

Reviewed & Approved by:

Tom Scull CMCA
Community Manager

Dated:  05/28/2020

Thomas Scull, Property Manager

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

McGovern Legal Services, LLC
Marlena S. Diaz-Cobo, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
Phone (732) 246-1221
Attorneys for Lakeview Homeowners Association,
Inc.

| In Re: | | |
|---|---|---|
| DESMOND A. HICKS | Case No.: | 18-324251 |
| | Chapter: | 13 |
| | Adv. No.: | |
| | Hearing Date: | July 7, 2020 |
| | Judge: | JNP |

## CERTIFICATION OF SERVICE

1.    I, _____ Cathy Carbonaro _____ :

☐ represent the _____ in the above-captioned matter.

☑ am the secretary/paralegal for _Creditor, Condo Ass'n_ , who represents the

_____ in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.    On _____, I sent a copy of the following pleadings and/or documents to the

parties listed in the chart below:

Motion for Stay Relief

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of

service indicated.

Dated: _____        _____

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Desmond A. Hicks<br>6 View Point Court<br>Sicklerville, New Jersey 08081 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Desmond A. Hicks c/o<br>Terry Glen Tucker, P.C.<br>80 West Broad Street<br>Bridgeton, New Jersey 08302 | Debtor's Attorney | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa<br>Cherry Tree Corporate Center<br>535 Route 38 – Suite 580<br>Cherry Hill, New Jersey 08002 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. TRUSTEE<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>　 (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>　 (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>　 (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>　 (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.5/14/12*

4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

McGovern Legal Services, LLC
Marlena S. Diaz-Cobo, Esq. (MM-4524)
850 Carolier Lane
North Brunswick, NJ 08902
Phone (732) 246-1221
Attorneys for Lakeview Homeowners Association, Inc.

In Re:

DESMOND A. HICKS

Case No.: 18-24251

Hearing Date: July 7, 2020

Judge: JNP

Chapter: 13

Recommended Local Form: ☐ Followed    ☑ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

Upon the motion of _____Lakeview Homeowners Association, Inc._____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☑ Real property more fully described as:

6 View Point Court
Sicklerville, New Jersey 08081

☑ ~~Personal property more fully described as:~~

The Association may suspend membership rights and privileges

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

## Account History Report

## Lakeview HOA (LACTC)

**Desmond Hicks (Post)**                                                00156-5340

| | | |
|---|---|---|
| Community Address: | 6 Point View Ct | |
| | Sicklerville, NJ 08081 | |
| | | |
| Mailing Address: | 6 Point View Ct | |
| | Sicklerville, NJ 08081 | |

Date Settled:    Mon Jul 16, 2018

Unit Type:    01 - Unit Type 01 ($120.00)

**Last payment date:**

**Last payment amount:**                                          **0.00**

**Current balance:**                                            **2,807.86**

| Trans Date | Transaction | Charges | Payments | Balance | Reference | Comments |
|---|---|---|---|---|---|---|
| 06/14/2019 | Resident Assessment | 110.00 | | 110.00 | Quarterly Charges | 10/1/18 Moved from 1054835 |
| 06/14/2019 | Resident Assessment | 125.00 | | 235.00 | Quarterly Charges | 1/1/19 Moved from 1054835 |
| 06/14/2019 | Resident Assessment | 125.00 | | 360.00 | Quarterly Charges | 4/1/19 Moved from 1054835 |
| 06/14/2019 | Late Fee | 10.00 | | 370.00 | BK 7/16/18 | 9/2018 Moved from 1054835 |
| 06/14/2019 | Late Fee | 10.00 | | 380.00 | BK 7/16/18 | 12/2018 Moved from 1054835 |
| 06/14/2019 | Late Fee | 10.00 | | 390.00 | BK 7/16/18 | 2/2019 Moved from 1054835 |
| 06/14/2019 | Late Fee | 10.00 | | 400.00 | BK 7/16/18 | 4/2019 Moved from 1054835 |
| 06/14/2019 | Legal Fee | 54.00 | | 454.00 | BK 7/16/18 | Inv 118451 Moved from 1054835 |
| 06/14/2019 | Legal Fee | 715.00 | | 1,169.00 | BK 7/16/18 | Inv 12219 Moved from 1054835 |
| 06/14/2019 | Legal Fee | 573.19 | | 1,742.19 | BK 7/16/18 | Inv 123654 Moved from 1054835 |
| 06/14/2019 | Legal Fee | 40.50 | | 1,782.69 | BK 7/16/18 | Inv 128799 Moved from 1054835 |
| 06/14/2019 | Misapplied Payment | | -77.10 | 1,705.59 | LB 2018964 | Moved from 1054835 |
| 06/14/2019 | Misapplied Payment | | -70.91 | 1,634.68 | LB 2024683 | Moved from 1054835 |
| 06/14/2019 | Misapplied Payment | | -70.91 | 1,563.77 | LB 2027622 | Moved from 1054835 |
| 06/14/2019 | Misapplied Payment | | -70.79 | 1,492.98 | LB 2033672 | Moved from 1054835 |
| 07/01/2019 | Resident Assessment | 125.00 | | 1,617.98 | Quarterly Charges | Recurring Charges: 07/01/2019 |
| 08/09/2019 | Delinq Proc Fee - Assn | 5.00 | | 1,622.98 | Collection Notice | Processing Fee |
| 09/05/2019 | Delinq Proc Fee - Assn | 5.00 | | 1,627.98 | Collection Notice Ce | Processing Fee |
| 09/30/2019 | Late Fee | 10.00 | | 1,637.98 | Late Fee | Late Fee: 09/30/2019 |
| 10/01/2019 | Resident Assessment | 125.00 | | 1,762.98 | Quarterly Charges | Recurring Charges: 10/01/2019 |
| 10/30/2019 | Misapplied Payment | | -0.12 | 1,762.86 | LB2027622 | Moved Fr 1054835 HS2573703 |
| 11/17/2019 | Legal Fee | 200.00 | | 1,962.86 | July/Aug/Sept. 2019 | McGovern Inv. 137951 |
| 11/25/2019 | Late Fee | | -10.00 | 1,952.86 | Credit | Reverse 06/14/2019 Late Fee |
| 11/25/2019 | Late Fee | | -10.00 | 1,942.86 | Credit | Reverse 09/30/2019 Late Fee |

1 of 2

Prepared for: McGovern Legal Services LLC - Fran McGovern on 5/26/2020
By:  Lakeview HOA (LACTC)

## Account History Report
## Lakeview HOA (LACTC)

**Desmond Hicks (Post)**                          00156-5340

| Trans Date | Transaction | Charges | Payments | Balance | Reference | Comments |
|---|---|---|---|---|---|---|
| 11/25/2019 | Late Fee | | -10.00 | 1,932.86 | Credit | Reverse 06/14/2019 Late Fee |
| 11/25/2019 | Late Fee | | -10.00 | 1,922.86 | Credit | Reverse 06/14/2019 Late Fee |
| 11/25/2019 | Late Fee | | -10.00 | 1,912.86 | Credit | Reverse 06/14/2019 Late Fee |
| 12/31/2019 | Late Fee | 10.00 | | 1,922.86 | Late Fee | Late Fee: 12/31/2019 |
| 01/01/2020 | Resident Assessment | 144.00 | | 2,066.86 | Quarterly Charges | Recurring Charges: 01/01/2020 |
| 01/16/2020 | Legal Fee | 144.50 | | 2,211.36 | Legal Fee | Nov Legal Inv # 140472 |
| 02/29/2020 | Late Fee | 10.00 | | 2,221.36 | Late Fee | Late Fee: 02/29/2020 |
| 03/30/2020 | Legal Fee | 267.50 | | 2,488.86 | Jan 2020 Legal Fee | McG inv #142835 |
| 04/01/2020 | Resident Assessment | 144.00 | | 2,632.86 | Quarterly Charges | Recurring Charges: 04/01/2020 |
| 04/20/2020 | Legal Fee | 175.00 | | 2,807.86 | March 2020 Legal Fee | McG invoice #145257 |

Move Legal to pre pet balance                -$54.00
                                             -$715.00
                                             -$573.19
McGovern Legal Services, LLC legal not posted $289.71
                                             $940.00
Motion Fee                                   $181.00
Remove Mangement fees                        -$10.00
McGovern Legal Services, LLC work in progress $665.50

                                             $3,531.88

Prepared for: McGovern Legal Services LLC - Fran McGovern on 5/26/2020
By:  Lakeview HOA (LACTC)