

MCGOVERN LEGAL SERVICES, LLC
BY: WILLIAM H. BROSHA, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR LAKEVIEW HOMEOWNERS ASSOCIATION, INC.

Order Filed on July 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
IN PROCEEDINGS UNDER CHAPTER 13
OF THE BANKRUPTCY CODE

In re:

DESMOND A. HICKS,

Debtor.

CASE NO.: 18-24251 - JNP

**CONSENT ORDER**

### CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF

THIS MATTER having been brought before the court by McGovern Legal Services, LLC. attorneys for creditor, Lakeview Homeowners Association, Inc. (the "Association"), by way of a Motion for Stay Relief and the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

IT IS ORDERED, ADJUDGED AND DECREED THAT the Debtor is indebted to the Association in the amount of $3,531.88 in post-petition maintenance fees, late fees and attorneys' fees related to the Association's attempts to collect unpaid post-petition fees through May 28, 2020 (the "Total Due"). The Total Due is detailed below:

| | |
|---|---|
| Maintenance Fees (9/30/2018 – 5/28/2020): | $898.00 |
| Late Fees (9/30/2018 – 5/28/2020): | 20.00 |
| Legal (related to post-petition default 4/2019 – 5/28/2020) | $2,614.00 |
| Credits | $12.00 |
| Total: | $3531.88 |

**DATED: July 20, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Association shall receive payment of the Total Due from the Debtor in four (4) equal consecutive monthly installments of $882.97 each, commencing on August 1, 2020, and ending on November 1, 2020.

**IT IS FURTHER ORDRED, ADJUDGED AND DECREED THAT** the Debtor shall maintain her post-petition assessments and other post-petition obligations as they become due and owing to the Association commencing on May 29, 2020; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** if the Association fails to timely receive payment of the Total Due or any regular monthly payment within thirty (30) days of the date the payment is due, then the Association may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

3

WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:

McGovern Legal Services, LLC
Attorneys for Lakeview Homeowners Association, Inc.



WILLIAM H. BROSHA, ESQ.     DATE 7/8/20

Terry Glen Tucker, P.C.
Attorneys for Desmond A. Hicks

TERRY TUCKER, ESQ.     DATE 7/1/20