McGOVERN LEGAL SERVICES, LLC
BY: WILLIAM H. BROSHA, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR LAKEVIEW HOMEOWNERS ASSOCIATION, INC.

**Order Filed on July 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

DESMOND A. HICKS,

Debtor.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
IN PROCEEDINGS UNDER CHAPTER 13
OF THE BANKRUPTCY CODE

CASE NO.:  18-24251 - JNP

**CONSENT ORDER**

### CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF

THIS MATTER having been brought before the court by McGovern Legal Services, LLC, attorneys for creditor, Lakeview Homeowners Association, Inc. (the "Association"), by way of a Motion for Stay Relief and the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

IT IS ORDERED, ADJUDGED AND DECREED THAT the Debtor is indebted to the Association in the amount of $3,531.88 in post-petition maintenance fees, late fees and attorneys' fees related to the Association's attempts to collect unpaid post-petition fees through May 28, 2020 (the "Total Due"). The Total Due is detailed below:

| | |
|---|---|
| Maintenance Fees (9/30/2018 – 5/28/2020): | $898.00 |
| Late Fees (9/30/2018 – 5/28/2020): | 20.00 |
| Legal (related to post-petition default 4/2019 – 5/28/2020) | $2,614.00 |
| Credits | $12.00 |
| Total: | $3531.88 |

**DATED: July 20, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Association shall receive payment of the Total Due from the Debtor in four (4) equal consecutive monthly installments of $882.97 each, commencing on August 1, 2020, and ending on November 1, 2020.

**IT IS FURTHER ORDRED, ADJUDGED AND DECREED THAT** the Debtor shall maintain her post-petition assessments and other post-petition obligations as they become due and owing to the Association commencing on May 29, 2020; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** if the Association fails to timely receive payment of the Total Due or any regular monthly payment within thirty (30) days of the date the payment is due, then the Association may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

3



WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:

McGovern Legal Services, LLC
Attorneys for Lakeview Homeowners Association, Inc.

WILLIAM H. BROSHA, ESQ.                    7/8/20
                                            DATE

Terry Glen Tucker, P.C.
Attorneys for Desmond A. Hicks

TERRY TUCKER, ESQ.                         7/1/20
                                            DATE

United States Bankruptcy Court
District of New Jersey

In re:  
Desmond A Hicks  
    Debtor

Case No. 18-24251-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 20, 2020  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2020.  
db          +Desmond A Hicks,    6 Pointview Ct,    Sicklerville, NJ 08081-1698

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2020                                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2020 at the address(es) listed below:

       Allen I Gorski    on behalf of Creditor    Sporty Joe Realty, LLC agorski@gorskiknowlton.com  
       Elizabeth L. Wassall    on behalf of Creditor    U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2006-WF2 ewassall@logs.com, njbankruptcynotifications@logs.com  
       Francis J. McGovern, Jr.    on behalf of Creditor    Lakeview Homeowners Association, Inc. collections@theassociationlawyers.com  
       Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent for U.S. Bank National Association, as Trustee for CMLTI 2006-WF2 bk@stewartlegalgroup.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Marlena S. Diaz-Cobo    on behalf of Creditor    Lakeview Homeowners Association, Inc. collections@theassociationlawyers.com  
       Raymond Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee for CMLTI 2006-WF2 rsolarz@kmllawgroup.com  
       Terry Tucker    on behalf of Debtor Desmond A Hicks terrytucker@comcast.net  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William H Brosha    on behalf of Creditor    Lakeview Homeowners Association, Inc. collections@theassociationlawyers.com

                                                                                                                              TOTAL: 13