UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Terry Tucker
80 West Broad St
Bridgeton, NJ 08302
856-453-7440

TT8409

Order Filed on February 4, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Desmond Hicks

Case No.: __18-24251/JNP__

Chapter: _____

Judge: _____

## ORDER ON MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 4, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

❏ ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2. until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to _____n/a_____ at _____.

❏ ORDERED that the motion to vacate order dismissing case is denied.

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.8/1/18*

2

(Page 3)
Debtor: Desmond Hicks
Case No: 18-24251/JNP
Caption of Order: Vacating Dismissal of Ch 13 case

---

IT IS FURTHER ORDERED AND ADJUDGED THAT:

To resolve the Trustee's objection to the Motion to Vacate Dismissal of Case and issues outstanding to Motion to Suspend Trustee Payments and Extend Payment Period, the Debtor will, within 10 days from the Date of this Order:
1) Remit to Trustee good faith payment of $2,200;
2) File an Amended Schedule I and J;
3) Provide to the Trustee current profit and loss statement for all active businesses, from January 1, 2020 through to the date of this Order;
4) Provide to the Trustee proof of current pension income;
5) File with the Court a form of Order granting motion to suspend Plan payments.
6) File with the Court a certification detailing how the proposed Plan is to be funded.