**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Terry Tucker
80 West Broad St
Bridgeton, NJ 08302
856-453-7440

TT8409

In Re:
Desmond Hicks

Order Filed on February 4, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: _____18-24251/JNP_____

Chapter: _____

Judge: _____

## ORDER ON MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 4, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

❑ ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2. until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to _____n/a_____ at _____.

❑ ORDERED that the motion to vacate order dismissing case is denied.

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.8/1/18*

2

(Page 3)
Debtor: Desmond Hicks
Case No: 18-24251/JNP
Caption of Order: Vacating Dismissal of Ch 13 case

IT IS FURTHER ORDERED AND ADJUDGED THAT:

To resolve the Trustee's objection to the Motion to Vacate Dismissal of Case and issues outstanding to Motion to Suspend Trustee Payments and Extend Payment Period, the Debtor will, within 10 days from the Date of this Order:
1) Remit to Trustee good faith payment of $2,200;
2) File an Amended Schedule I and J;
3) Provide to the Trustee current profit and loss statement for all active businesses, from January 1, 2020 through to the date of this Order;
4) Provide to the Trustee proof of current pension income;
5) File with the Court a form of Order granting motion to suspend Plan payments.
6) File with the Court a certification detailing how the proposed Plan is to be funded.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-24251-JNP

Desmond A Hicks  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Feb 04, 2021  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

**Recip ID**    **Recipient Name and Address**
db    + Desmond A Hicks, 6 Pointview Ct, Sicklerville, NJ 08081-1698

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Allen I Gorski
    on behalf of Creditor Sporty Joe Realty  LLC agorski@gorskiknowlton.com

Elizabeth L. Wassall
    on behalf of Creditor U.S. Bank National Association  as Trustee for Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2006-WF2 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Francis J. McGovern, Jr.
    on behalf of Creditor Lakeview Homeowners Association  Inc. collections@theassociationlawyers.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for U.S. Bank National Association, as Trustee for CMLTI 2006-WF2 bk@stewartlegalgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 04, 2021 | Form ID: pdf903 | Total Noticed: 1

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

John R. Morton, Jr.
    on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Mark A. Roney
    on behalf of Creditor Lakeview Homeowners Association Inc. mroney@hillwallack.com, kgardiner@HillWallack.com

Raymond Shockley, Jr
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor U.S. Bank National Association as Trustee for CMLTI 2006-WF2 rsolarz@kmllawgroup.com

Terry Tucker
    on behalf of Debtor Desmond A Hicks terrytucker@comcast.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H Brosha
    on behalf of Creditor Lakeview Homeowners Association Inc. collections@theassociationlawyers.com

TOTAL: 13