Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                         Case No.: 18–24251–JNP
                         Chapter: 13
                         Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Desmond A Hicks
  6 Pointview Ct
  Sicklerville, NJ 08081

Social Security No.:
  xxx–xx–8268

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             April 16, 2021
Time:           10:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*107* – CERTIFICATION in Opposition to (related document:106 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 04/7/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Terry Tucker on behalf of Desmond A Hicks. (Tucker, Terry) Modified on 3/25/2021 TO CLARIFY TEXT (eag)

and transact such other business as may properly come before the meeting.

Dated: March 25, 2021
JAN: eag

                                                                                                 Jeanne Naughton
                                                                                                 Clerk