Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18−24251−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Desmond A Hicks
   6 Pointview Ct
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−8268

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 20, 2020.

On April 21, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:            June 2, 2021
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 21, 2021
JAN: eag

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Desmond A Hicks  
    Debtor

Case No. 18-24251-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Apr 21, 2021      Form ID: 185      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Desmond A Hicks, 6 Pointview Ct, Sicklerville, NJ 08081-1698 |
| cr | + | Specialized Loan Servicing, LLC, as servicing agen, POB 340514, Tampa, FL 33694-0514 |
| cr | + | Sporty Joe Realty, LLC, c/o Gorski & Knowlton, 311 White Horse Avenue, Ste A, Hamilton, NJ 08610-1430 |
| 518130347 | + | Ally Financial, John R. Morton, Jr., Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 517648615 | + | Ally Financial, 500 Woodward Ave, Detroit , MI 48226-3416 |
| 517776837 | + | Lakeview Homeowners Association, Inc., 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 517780030 | + | Lakeviw Homeowners, c/o McGovern Legal Services, 850 Carolier Ln, North Brunswick, NJ 08902, ATTN:Tiffany Bczykowski or Marlena S Diaz-Cobo 08902-3312 |
| 517780035 | + | MacAlpine Carll & Co, Constituion Place #150, 325 Chestnut St, Phila, PA 19106-2614 |
| 517780028 | | NJ Div of Taxation, Revenue Processing Center, Sales and Use tax, POB 999, Trenton, NJ 08646-0999 |
| 517780036 | + | PSE&G, POB 1444, New Brunswick, NJ 08903-1444 |
| 517780037 | | SJ Radiology, POB 1710, Voorhees, NJ 08043-7710 |
| 517780034 | + | SJS Realty, 1114 Wynwood Ave, Cherry Hill, NJ 08002-3256 |
| 517823032 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518004624 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518004625 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 517780031 | + | Sport Joe Realty, 113 S Warren St, Trenton, NJ 08608-2309 |
| 517878725 | + | Sporty Joe Realty, LLC, c/o Gorski & Knowlton PC, 311 Whitehorse Avenue; Suite A, Hamilton, NJ 08610-1430 |
| 517780026 | | State of NJ, Dept of Labor, POB 389, Trenton, NJ 08625-0389 |
| 517780029 | | State of NJ, Div of Taxation, POB 283, Trenton, NJ 08646-0283 |
| 518147968 | + | State of NJ Dept. of Labor & Workforce Devel., Div. of Wage & Hour Compliance, P.O. Box 389, Trenton, NJ 08625-0389 |
| 518157575 | + | U.S. Bank National Association, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518778319 | + | U.S. Bank National Association, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517717389 | + | U.S. Bank National Association, as Trustee for Cit, 1000 Blue Gentlan Road, 1 Home Campus, Eagan MN 55121-7700, Des Moines IA 50328-0001 |
| 517648616 | + | Wells Fargo, c/o Shapiro & Dinardo, 14000 Commerce Pkwy #B, Mt. Laurel, NJ 08054-2242 |
| 517780032 | + | Williamstown Fitness, C/o Bertram Law, 56 Fayette St, Bridgeton, NJ 08302-2425 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 21 2021 21:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 21 2021 21:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517654728 | | Email/Text: ally@ebn.phinsolutions.com | Apr 21 2021 21:32:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517780033 | + | Email/Text: bankruptcy@pepcoholdings.com | Apr 21 2021 21:33:00 | Atlantic City Electric, POB 13610, Phila Pa 19101-3610 |
| 517769241 | | Email/Text: bankruptcy@pepcoholdings.com | | |

Case 18-24251-JNP    Doc 112    Filed 04/23/21    Entered 04/24/21 00:25:02    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2021 | Form ID: 185 | Total Noticed: 32 |

|  |  |  |  |
|---|---|---|---|
|  |  | Apr 21 2021 21:33:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517780027 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 21 2021 21:32:00 | IRS, POB 7346, Phila, PA 19101-7346 |
| 517757224 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 21 2021 21:50:44 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | Lakeview Homeowners Association, Inc., 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 517717391 | *+ | U.S. Bank National Association, as Trustee for Cit, 1000 Blue Gentlan Road, 1 Home Campus, Eagan MN 55121-7700, Des Moines IA 50328-0001 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2021              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen I Gorski | on behalf of Creditor Sporty Joe Realty LLC agorski@gorskiknowlton.com |
| Elizabeth L. Wassall | on behalf of Creditor U.S. Bank National Association as Trustee for Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2006-WF2 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Francis J. McGovern, Jr. | on behalf of Creditor Lakeview Homeowners Association Inc. collections@theassociationlawyers.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for U.S. Bank National Association, as Trustee for CMLTI 2006-WF2 bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Mark A. Roney | on behalf of Creditor Lakeview Homeowners Association Inc. mroney@hillwallack.com, kgardiner@HillWallack.com |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2021 | Form ID: 185 | Total Noticed: 32 |

Raymond Shockley, Jr
 on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Rebecca Ann Solarz
 on behalf of Creditor U.S. Bank National Association  as Trustee for CMLTI 2006-WF2 rsolarz@kmllawgroup.com

Terry Tucker
 on behalf of Debtor Desmond A Hicks terrytucker@comcast.net

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

William H Brosha
 on behalf of Creditor Lakeview Homeowners Association  Inc. collections@theassociationlawyers.com


TOTAL: 13