| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Terry Tucker Esq-TT8409<br>80 W Broad St<br>Bridgeton, NJ 08302<br>On Behalf of Debtor | **Order Filed on April 27, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re: Desmond Hicks | Case No.: 18-24251/JNP<br>Adv. No.:<br>Hearing Date:<br>Judge: |

### Order on Motion to Allow Suspension of Trustee Payments

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: April 27, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Desmond Hicks
Case No: 18-24251/JNP
Caption of Order: Suspend Trustee Payments

---

Upon the Application of Terry Tucker, on behalf of Debtor Desmond Hicks, and due to COVID related financial difficulties, and Debtor seeking the suspension of Trustee Payments, and for good cause:

IT IS ORDERED AND ADJUDGED THAT :

The Trustee payments owed by Debtor Desmond Hicks are suspended from March, 2020 through February 2021, and Trustee payments shall continue on March 1, 2021. Debtor shall file a Modified Plan by May 15, 2021.