UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
Terry Tucker Esq-TT8409
80 W Broad St
Bridgeton, NJ 08302
On Behalf of Debtor

**Order Filed on April 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re: Desmond Hicks

Case No.: 18-24251/JNP
Adv. No.:

Hearing Date:

Judge:

### Order on Motion to Allow Suspension of Trustee Payments

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: April 27, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Desmond Hicks
Case No: 18-24251/JNP
Caption of Order: Suspend Trustee Payments

---

Upon the Application of Terry Tucker, on behalf of Debtor Desmond Hicks, and due to COVID related financial difficulties, and Debtor seeking the suspension of Trustee Payments, and for good cause:

IT IS ORDERED AND ADJUDGED THAT :

The Trustee payments owed by Debtor Desmond Hicks are suspended from March, 2020 through February 2021, and Trustee payments shall continue on March 1, 2021. Debtor shall file a Modified Plan by May 15, 2021.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 18-24251-JNP
Desmond A Hicks                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                                     Page 1 of 2
Date Rcvd: Apr 28, 2021            Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

**Recip ID          Recipient Name and Address**
db              +  Desmond A Hicks, 6 Pointview Ct, Sicklerville, NJ 08081-1698

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:**

**Name**                          **Email Address**
Allen I Gorski
                                       on behalf of Creditor Sporty Joe Realty  LLC agorski@gorskiknowlton.com

Elizabeth L. Wassall
                                       on behalf of Creditor U.S. Bank National Association  as Trustee for Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2006-WF2 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Francis J. McGovern, Jr.
                                       on behalf of Creditor Lakeview Homeowners Association  Inc. collections@theassociationlawyers.com

Gavin Stewart
                                       on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for U.S. Bank National Association, as Trustee for CMLTI 2006-WF2 bk@stewartlegalgroup.com

Isabel C. Balboa
                                       ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Apr 28, 2021 | Form ID: pdf903 | Total Noticed: 1

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.

on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Mark A. Roney

on behalf of Creditor Lakeview Homeowners Association  Inc. mroney@hillwallack.com, kgardiner@HillWallack.com

Raymond Shockley, Jr

on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Rebecca Ann Solarz

on behalf of Creditor U.S. Bank National Association  as Trustee for CMLTI 2006-WF2 rsolarz@kmllawgroup.com

Terry Tucker

on behalf of Debtor Desmond A Hicks terrytucker@comcast.net

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William H Brosha

on behalf of Creditor Lakeview Homeowners Association  Inc. collections@theassociationlawyers.com

TOTAL: 13