UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HILL WALLACK LLP**
Amani S. Abdellah, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: aabdellah@hillwallack.com
*Attorneys for Lakeview Homeowners Association, Inc.*

| | |
|---|---|
| In Re: | Case No.: 18-24251 ABA) |
| Desmond A. Hicks, | Chapter: 13 |
| Debtor. | Judge: Andrew B. Altenburg, Jr., U.S.B.J. |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Lakeview Homeowners Association, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Amani S. Abdellah, Esq.
Hill Wallack LLP
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

DATED: September 23, 2022                    HILL WALLACK LLP

By: */s/ Amani S. Abdellah*
Amani S. Abdellah